# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/11/2016                                              Case Number 2:14-cr-00264
Case Style: USA vs. Dennis P. Farrell
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                  Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Eric Bacaj,Larry Ellis,Philip Wright


Attorney(s) for the Defendant(s) S. Bryant,Michael Carey


Law Clerk Charlie Merritt                                    Probation Officer Matthew Lambert

## Trial Time


## Non-Trial Time


## Court Time

2:08     to 3:59
4:22     to 4:38
Total Court Time: 2 Hours 7 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:08 p.m.

Defendant present in person and by counsel for sentencing as to Counts Two & Three.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 15
    Criminal History: I
    Custody Range: 18-24 months
    Supervised Release Range: 1 year
    Fine Range:  $2,500 - $200,000
    Assessment:  $50 PAID

Maya Nye addresses the Court on behalf of potential victims.
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
Defendant's Exhibits 1, 2, 3, marked and admitted.

Court recessed:  3:59 p.m.
Court reconvened:  4:22 p.m.

After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 30 days
    Supervised Release: 6 months

## District Judge Daybook Entry

   Fine: $20,000
   Assessment:  $50 PAID
Court states reasons for sentence imposed.
Count One dismissed upon motion of Government.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 4:38 p.m.